Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM ORTA,** <br><br> Plaintiff, <br><br> vs. <br><br> **BAYSIDE ASSET RECOVERY, LLC, a corporation; SHAWN M. BURE, an individual;** <br><br> Defendant. | Case No. 3:10-cv-02610-JM-POR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 30th day of January, 2012.

By:  s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 30th day of January, 2012, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 30th day of January, 2012, via the ECF system to:

Honorable Jeffrey T. Miller
Judge of the United States District Court
Southern District of California

By: s/Todd M. Friedman
     Todd M. Friedman